# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALONZO GONZALES

NO. 2021 KW 1481

JANUARY 31, 2022

---

In Re:    Alonzo Gonzales, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 401,671-1.

---

BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.

   **WRIT DENIED.** **Ramos v. Louisiana,** ___ U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) does not apply retroactively to relator whose conviction and sentence were final at the time the decision was rendered. See also **State v. Kelly,** 2021-00572 (La. 9/27/21), 324 So.3d 79 (*per curiam*). Accordingly, the district court did not err by denying the application for postconviction relief.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT